

FILED

**Margaret Botkins
Clerk of Court**

3:25 pm, 10/18/22

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
for the

_Jonathon R Swan_
Petitioner

v.

_United States of America_
Respondent
(name of warden or authorized person having custody of petitioner)

Civil Case No. 21-CV-004-SWS
Civil Case No. 21-CV-005-SWS
Criminal Case No. 2:19-CR-00009-SWS-1
Case No. 22-cv-219-SWS
(Supplied by Clerk of Court)
Appellate Case No. 21-8071

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241
### Personal Information

1. (a) Your full name: _Jonathon Ray Swan_
   (b) Other names you have used: _John or Jon_

2. Place of confinement:
   (a) Name of institution: _FCI Lompoc_
   (b) Address: _3901 Klein Blvd._
   _Lompoc, California 93436_
   (c) Your identification number: _# 17368-091_

3. Are you currently being held on orders by:
   ☒ Federal authorities   ☐ State authorities   ☐ Other - explain:

4. Are you currently:
   ☐ A pretrial detainee (waiting for trial on criminal charges)
   ☒ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
   If you are currently serving a sentence, provide:
   (a) Name and location of court that sentenced you: _United States District Court_
   _Wyoming District Court, Natrona County Casper, Wyoming_
   (b) Docket number of criminal case: _2:19-CR-00009-SWS-1_
   (c) Date of sentencing: _November 1st 2019_
   ☐ Being held on an immigration charge
   ☐ Other (explain): _____

### Decision or Action You Are Challenging

5. What are you challenging in this petition:
   ☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

☐ Pretrial detention
☐ Immigration detention
☐ Detainer
☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)
☐ Disciplinary proceedings
☒ Other (explain): _The validity of my conviction after several due process violations that are also Constitutional Right Violations._

6. Provide more information about the decision or action you are challenging:
   (a) Name and location of the agency or court: _Wyoming District Court, Natrona County Casper Wyoming_
   (b) Docket number, case number, or opinion number: _2:19-CR-00009-SWS-1_
   (c) Decision or action you are challenging (for disciplinary proceedings, specify the penalties imposed): _Validity of conviction after several due process and Constitutional Right Violations_
   (d) Date of the decision or action: _August 1st 2019_

### Your Earlier Challenges of the Decision or Action

7. **First appeal**
   Did you appeal the decision, file a grievance, or seek an administrative remedy?
   ☒ Yes   ☐ No
   (a) If "Yes," provide:
      (1) Name of the authority, agency, or court: _10th Circuit Court of Appeals_
      (2) Date of filing: _September 28th 2020_
      (3) Docket number, case number, or opinion number: _Appeal Case No. 19-8068_
      (4) Result: _Affirmed the conviction_
      (5) Date of result: _September 28th 2020_
      (6) Issues raised: _"improper jury instruction" - however if the Court reviews my previous motion "Addressing Procedural Bar" dated 08/08/2021, my attachment A list two pages of issues I asked Appeal Attorney to raise or argue on direct appeal. Attachment B shows Appeal Attorney suggesting I file a habeas petition, which I have done. Attachment C "line 4" is trial transcript where the Judge preserve the issue "intent to distribute" still not raised on direct._
   (b) If you answered "No," explain why you did not appeal: _____

8. **Second appeal**
   After the first appeal, did you file a second appeal to a higher authority, agency, or court?
   ☒ Yes   ☐ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(a) If "Yes," provide:
   (1) Name of the authority, agency, or court: District Court of Wyoming
   (2) Date of filing: 04/14/2021 → January 13 2021
   (3) Docket number, case number, or opinion number: Civil Case No. 21-CV-004-SWS also Civil Case No. 21-CV-005-SWS
   (4) Result: Dismissed unreasonably
   (5) Date of result: 04/02/2021 → Febuary 22, 2021
   (6) Issues raised: Ground One - Fourth Amendment Requirements were absent, Ground Two - forced to have trial alien location "denied change of venue", Ground Three - due process violations by violating Statue 18 U.S.C. §3161(b), violating Speedy Trial Act, Ground Four - ineffective assistance of counsel, none arguing illegally found evidence or territorial jurisdiction. Ground Five - Procedural Default forcing impartial Jury. "Trial Attorney going into deliberation process - "mistrial". Ground Six - Prescribed Ranitidine while in custody. Ground Seven - unreasonable prejudice, Ground Eight - insufficient evidence for conviction

(b) If you answered "No," explain why you did not file a second appeal: 

9. **Third appeal**
After the second appeal, did you file a third appeal to a higher authority, agency, or court?
☒ Yes    ☐ No

(a) If "Yes," provide:
   (1) Name of the authority, agency, or court: Wyoming District Court, now being reviewed by 10th Circuit Court of Appeals.
   (2) Date of filing: March 10th 2021 → January 7th 2021 filed 2255 motion
   (3) Docket number, case number, or opinion number: 2:18-mj-00105-SWS
   (4) Result: Three issues survived preliminary review, later dismissed, now on appe
   (5) Date of result: November 2021
   (6) Issues raised: Validity of wrongful conviction, Natrona County District Court Judge lacked territorial Jurisdiction over prosecuting and punishing me for statues that had not or allegedly been committed outside his jurisdiction. Impartial Jury, Unreasonable denial of change of venue, Misdemeanor charge in Judge Christian courtroom in 2017 in Natrona County may have created impartial Jury also with trial attorney going into deliberation process, "Mistrial" why am I still incarcerated for this wrongful conviction? Due Process Right Violations?

(b) If you answered "No," explain why you did not file a third appeal: 

10. **Motion under 28 U.S.C. § 2255**
In this petition, are you challenging the validity of your conviction or sentence as imposed?
☒ Yes    ☐ No

If "Yes," answer the following:
(a) Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?
   ☒ Yes    ☐ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

If "Yes," provide:
(1) Name of court: District Court of Wyoming
(2) Case number: 21-CV-004-SWS, 21-CV-005-SWS, CV-21-5619-MCS-(JEM)
(3) Date of filing: January 7th 2021
(4) Result: Summarily dismissal, Judge says lack jurisdiction (Both Judges) Wyo & California
(5) Date of result: 07/15/2021
(6) Issues raised: improperly obtained evidence - traffic stop unreadable registration "a K-9 deployed" - NO SEARCH WARRANT. Case lacking Federal Electronic and Wire Tapping Statue Requirements, should have been granted "change of venue", denied right to speedy trial act, due process right violations, ineffective assistance of counsel, trial Judge unreasonable prejudice and conflict of interest. Their was insufficient evidence to establish every element of each count. wrongful convi(ction)

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

☒ Yes   ☐ No

If "Yes," provide:
(1) Name of court: 10th Circuit Court of Appeals
(2) Case number: 21-8071
(3) Date of filing: December 13th 2021
(4) Result: Still waiting for Court of Appeals Response
(5) Date of result: 06-01-2022 Received 06-10-2022
(6) Issues raised: Requesting Certificate of Appealability. Not guilty of either offense I was found guilty of. DNA and Fingerprint testing ruled me out of being in possesion of either items. No validated evidence to attach a tracking device to either vehicles. Due process violations, Lacking territorial jurisdiction, Statue 28 U.S.C. §3161(b) violation, Surveilance hacking the day the Black Yukon hit round about, "No Ticket Given" Asked to honor Rule 7 of Rule Governing 2255 Proceedings

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: The District Court Judge dismissed the motion after allowing three surviving issues. Never looked into if Electronic Tracking was within Electronic Surveilance and Wiretapping Statue. Judge never honored my request to utilize Rule 7 of the Rules Governing 2255 Proceedings. AAMCO receipts from AAMCO Dellrange Blvd in Cheyenne Wyoming 2018 to prove no mechanical problems wrong with 2008 Black Denali day of wreck at Pershing & Converse in the end of November. Law Enforcement Misconduct, tracking, search & entire investi(gation)

11. **Appeals of immigration proceedings**
Does this case concern immigration proceedings?
☐ Yes   ☒ No

If "Yes," provide:
(a) Date you were taken into immigration custody: _____
(b) Date of the removal or reinstatement order: _____
(c) Did you file an appeal with the Board of Immigration Appeals?
☐ Yes   ☐ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

If "Yes," provide:
(1) Date of filing: _____
(2) Case number: _____
(3) Result: _____
(4) Date of result: _____
(5) Issues raised: _____

(d) Did you appeal the decision to the United States Court of Appeals?
☒ Yes    ☐ No

If "Yes," provide:
(1) Name of court: 10th Circuit Court of Appeals Denver, Colorado
(2) Date of filing: December 13 2021 due December 20th 2021
(3) Case number: 21-8071
(4) Result: Denial of Certificate of Appealability
(5) Date of result: 06-01-2022 Received 06-10-2022
(6) Issues raised: Due Process Violation, distinctively 28 U.S.C. 3161(b) Fourth Amendment Violation by traffic stop being completely unlawful but pretextual. If electronic surveillance violated Federal Wire Tapping Statue 2nd & 3rd Due Process Violation. Had trial amongst jury of Judges peers, NOT among jury of my peers. Three hours away from where alleged crime took place. "Impartial Jury"

12. **Other appeals**
Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?
☒ Yes    ☐ No

If "Yes," provide:
(a) Kind of petition, motion, or application: Writ of Ceritorari
(b) Name of the authority, agency, or court: Supreme Court
(c) Date of filing: December 20th 2020
(d) Docket number, case number, or opinion number: Case No. 20-6859
(e) Result: Denied, dismissed
(f) Date of result: Febuary 22 2021
(g) Issues raised: Entire Case No. 2:19-CR-00009-SWS lacked Fourth Amendment Requirements. Per Governments witnesses testimony, "none of the evidence contained any of my DNA or Fingerprints." Grounds for aquittal." Unreasonably denied change of venue, trial in alien location, Due Process Right Violations, Violated my Right to the Speedy Trial Act, Ineffective Assistance of Counsel, Procedural Misconduct by trial attorney, Impartial Jury, Conflict of Interest with Judge, Prescribed dangerous drug while incarcerated. Insufficent evidence to establish every element of each count I was convicted of.

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Grounds for Your Challenge in This Petition

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**GROUND ONE:** Due Process Right Violation throughout case. Would not have chosen to waive my right to the preliminary hearing on the criminal complaint. Violating 28 U.S.C. 3161(b), arrested 12/16/2018 Indicted 01/18/201 No evidence of drug trafficking to attach two tracking devices. Violating 4th Amendment.

(a) Supporting facts (Be brief. Do not cite cases or law.):
Letters written to Judge Skavdahl in 2019 before trial. No evidence of drug trafficking to attach two tracking devices → Over 12 police or law enforcement contacts through dispatch logs leading up to December 16th, 2018. No drugs found, seen or presented. What drug trafficking? If electronic surveillance meets Federal Electronic Surveillance and Wiretapping Statue.

(b) Did you present Ground One in all appeals that were available to you?
☑ Yes    ☐ No

**GROUND TWO:** Fourth Amendment Right Violation – Tracking Not justified at a traffic stop and search being pretextual "Terry Stop" Search Violating Fourth Amendment "fruits of poisonous tree doctrine". Answer from District Court Judge and Court of Appeals is not what was proven in trial.

(a) Supporting facts (Be brief. Do not cite cases or law.):
Trial transcripts, two officers stated on the stand, the person they seen in Aurora Colorado "not" in the court room. I Jonathon Sloan in the courtroom. Facts what Judge and Appeal Courts reply states not what happen or proved in Trial.

(b) Did you present Ground Two in all appeals that were available to you?
☑ Yes    ☐ No

**GROUND THREE:** Motion and Request to Change Venue unreasonably denied. Had trial amongst jury or Judges Peers NOT AMONG Jury of defendant Jonathon Sloan's Peers. Alleged crime took place in Laramie County, Cheyenne Wyo, had trial Natrona County, Casper Wyo. Why?

(a) Supporting facts (Be brief. Do not cite cases or law.):
A motion by Attorney Eric J. Palen requesting a change of venue. No objections by United States District Attorney, but unreasonably denied by Judge Skavdahl. Forced to have trial in "Alien location"

(b) Did you present Ground Three in all appeals that were available to you?
☑ Yes    ☐ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR:** My trial court was without subject matter jurisdiction and the criminal statue exceeds the power of Congress because it violates the Tenth Amendment.

(a) Supporting facts (Be brief. Do not cite cases or law.): Unconstitutionally the Federal Government utilized my criminal statue to reach a prohibited end, therefore the statue is unconstitutional as applied to my conduct, regaurdless of whether the statue is constitutionally valid as written. So I state on and for the record that the Government has failed to submit into the record evidence :) any documen n showing ownership by the United States Government over the place where the criming activity is alleged to have occurred, or any acceptance of jurisdiction as required under Ar, 1, & 8, cl 17, and 40 U.S.C. § 31

(b) Did you present Ground Four in all appeals that were available to you?
☐ Yes      ☑ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not: New discovered evidence. See COA request denied order at fn 8 pgs 11- Bottom of page 12, footnote states "at the time of trial a fingerprint analysis of th original packaging of the methamphetamines "had not been finished," id at 482 trial transcripts. Also → Affidavit applications, warrants for tracking and returns."

**Request for Relief**

15. State exactly what you want the court to do: Vacate Sentence, Re-Trial, Dismiss Indictment.

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system: October 6th 2022

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: 10/05/2022

_Jonathon R Swan_
Signature of Petitioner

_____
Signature of Attorney or other authorized person, if any



Envelope from:
Jonathan R. Swan #17368-091
United States Penitentiary Lompoc
3901 Klein Blvd.
Lompoc, California 93436

Addressed to:
17368-091
Us Appeal Court
1823 Stout ST
Denver, CO 80257
United States

Legal Mail

FCI LOMPOC
3600 GUARD ROAD
LOMPOC, CA 93436

DATE _10/12/22_

The following letter was processed through special mailing procedures for forwarding to you. The letter has been neither opened or inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the enclosed correspondence for forwarding to another addressee, please return the enclosed to the above address.